1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

12

13

14

15

LEROY WILLIAMS,

Plaintiff,

v.

DR. GALLAGHER,

Defendant.

CASE NO. C09-5805BHS

ORDER ADOPTING AMENDED
REPORT AND
RECOMMENDATION

16

17

18

19

20

21

This matter comes before the Court on the Amended Report and Recommendation

("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 29).

The Court has considered the R&R, Plaintiff Leroy Williams's ("Williams") objections, and

the remaining record and hereby adopts the R&R (Dkt. 29) and grants Defendant Dr.

Gallagher's ("Gallagher") motion for summary judgment for the reasons stated herein.

22

23

24

25

26

27

On January 28, 2010, Williams filed a complaint against Gallagher based on alleged

civil rights violations under 42 U.S.C. § 1983.  Dkt. 5.  On August 31, 2010, Gallagher filed

a motion for summary judgment.  Dkt. 19.  On November 5, 2010, the magistrate judge

issued an R&R stating that the action should be dismissed without prejudice since mail sent

to Williams by the clerk's office on April 19, 2010, and April 30, 2010, was returned as

28

ORDER – 1

1    undeliverable.  Dkt. 21 at 2 (citing Local Rule CR 41(b)(2)).  On November 19, 2010,

2    Gallagher filed objections to the R&R with an attached email from Shari R. Hall ("Hall"),

3    the legal liaison for the facility at which Williams is incarcerated, stating that Williams had

4    in fact been served with the motion for summary judgment and refused to accept the

5    documents.  *See* Dkt. 24; *see also* Dkt. 26 (declaration of Hall attesting to the statements

6    made in her email attached to Gallagher's objections).  Gallagher objected to the R&R to the

7    extent that it recommended dismissal without prejudice.  Dkt. 23 at 2.

8

9        On January 5, 2011, the Court issued an order in which it concluded that Williams

10   had been given the opportunity to receive and respond to Gallagher's motion for summary

11   judgment and re-referred the action to the magistrate judge for consideration of Gallagher's

12   motion.  Dkt. 27.  On January 13, 2011, the magistrate judge issued an amended R&R

13   concluding that Williams's refusal to accept the motion for summary judgment and lack of

14   response to such motion should be considered an admission that the motion has merit under

15   Local Rule 7(b)(2) and that the action should be dismissed with prejudice.  Dkt. 28.  On

16   January 26, 2011, Williams filed a document stating that he had previously filed an affidavit

17   asking that this case be voluntarily dismissed without prejudice.  Dkt. 29.  However,

18   Williams is not entitled to a voluntary dismissal without prejudice when Gallagher has filed

19   an answer and a motion for summary judgment.  Fed. R. Civ. P. 41(a)(1).  Therefore, the

20   Court concludes that Gallagher's motion for summary judgment should be granted as

21   Williams has failed to respond.  *See* Local Rule CR 7(b)(2) (stating that "[i]f a party fails to

22   file papers in opposition to a motion, such failure may be considered by the court as an

23   admission that the motion has merit").

24

25

26

27

28   ORDER – 2

1     Therefore, the Court hereby **ORDERS** as follows:

2     (1)     The R&R (Dkt. 28) is **ADOPTED**;

3     (2)     Gallagher's motion for summary judgment (Dkt. 19) is **GRANTED** and this

4             action is **DISMISSED with prejudice**.

5     DATED this 10th day of March, 2011.

6

7

8     BENJAMIN H. SETTLE
      United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    ORDER – 3