# United States District Court
WESTERN DISTRICT OF WASHINGTON

LEROY WILLIAMS

        v.

DR. GALLAGHER

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5805BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R & R (Dkt. 28) is **ADOPTED**;

Gallagher's motion for summary judgment (Dkt. 19) is **GRANTED** and this action is **DISMISSED with prejudice.**

| | |
|---|---|
| March 11, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |